[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-17472
Non-Argument Calendar

_____

D.C. Docket No. 1:16-cr-00008-MP-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER BERNARD THOMPSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(September 1, 2017)

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Stephen N. Bernstein, appointed counsel for Christopher Bernard Thompson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thompson's conviction and sentence are **AFFIRMED**.